UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEMARAY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | MISC. ACTION NO. 23-mc-91389-ADB |
| v. | ) | MISC. ACTION NO. 23-mc-91390-ADB |
| | ) | |
| INTEL CORPORATION, | ) | (Case No. 6:20-cv-634-ADA pending in |
| | ) | the United States District Court for the |
| Defendant. | ) | Western District of Texas) |
| _____ | ) | |
| | ) | |
| DEMARAY LLC, | ) | |
| | ) | |
| v. | ) | (Case No. 6:20-cv-636-ADA pending in |
| | ) | the United States District Court for the |
| SAMSUNG ELECTRONICS CO., LTD., et al., | ) | Western District of Texas) |
| | ) | |
| Defendants. | ) | |

## ORDER ON THIRD-PARTY MKS INSTRUMENTS, INC.'S MOTION
## FOR A PROTECTIVE ORDER AND TO QUASH DEPOSITION SUBPOENAS

This matter is before the court on "Third-Party MKS Instruments, Inc.'s Motion for a Protective Order and to Quash Deposition Subpoenas" (Docket No. 1). After consideration of the third-party's and the plaintiff's written submissions and oral arguments, the motion is ALLOWED IN PART and DENIED IN PART as follows:

1. Demaray may serve up to fifteen (15) written deposition questions upon MKS pursuant to Fed. R. Civ. P. 31.

2. MKS shall use its best efforts to answer the deposition questions as fully as possible by **September 1, 2023**. To the extent any answers are incomplete, the parties shall

confer and try to reach agreement regarding a date for MKS to complete its outstanding responses.

|  |  |
|---|---|
| Dated: August 22, 2023 | / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |